Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

No. A03-0145-01CR (PMP)

Case

Manda V. Kinslow

On March 25, 2004, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Manda V. Kinslow be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

Mary Frances Barnes
U.S. Probation/Pretrial Services Officer

Eric D. Odegard
Supervising U.S. Probation Officer

**RECEIVED**

APR 14 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 14 day of April, 2006.

**REDACTED SIGNATURE**

Philip Pallenberg
U.S. Magistrate Judge

Case 3:03-cr-00145-PMP   Document 36   Filed 04/14/06   Page 1 of 1